Louis R. Rizzuto, Reading, for appellant.

Charles M. Guthrie, Jr., Asst. Dist. Atty., for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY, KAUFFMAN and WILKINSON, JJ.

## ORDER

PER CURIAM.

The order of the Court of Common Pleas of Berks County is affirmed.

437 A.2d 943

Honorable James J. RHOADES, Senator, 29th Senatorial District, Pennsylvania and Honorable Edward J. Lucyk, Representative, 123d House District, Pennsylvania; Frank E. Wayne and Stanley J. Piaskowski, Appellants,

v.

COMMONWEALTH OF Pennsylvania; Honorable Richard Thornburgh, Governor, Commonwealth of Pennsylvania; Department of Public Welfare; Helen B. O'Bannon, Secretary of Public Welfare, Commonwealth of Pennsylvania.

Supreme Court of Pennsylvania.

Argued Oct. 27, 1981.

Decided Dec. 17, 1981.

Richard Kirschner, Alaine S. Williams, Philadelphia, for appellants.

David H. Allshouse, Deputy Atty. Gen., for appellees.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY, KAUFFMAN and WILKINSON, JJ.

## DECREE

PER CURIAM:

Decree affirmed. Each party to bear own costs.

437 A.2d 944

Edward COOK, President, County Commission of Schuylkill County, Pennsylvania; John Reese, Mayor, Shenandoah, Pennsylvania; Martin J. Todd, President, Board of Trustees, Locust Mountain State General Hospital, Pennsylvania: Honorable James J. Rhoades, Senator, 29th Senatorial District, Pennsylvania; Honorable Edward J. Lucyk, Representative, 123d House District; Donald C. Michaels, Taxpayer; Council 13, American Federation of State, County and Municipal Employees, AFL-CIO, by its Trustee ad Litem, Gerald W. McEntee, Appellants,

v.

COMMONWEALTH of Pennsylvania; Honorable Richard Thornburgh, Governor, Commonwealth of Pennsylvania; Department of Public Welfare; Helen B. O'Bannon, Secretary of Public Welfare, Commonwealth of Pennsylvania.

Supreme Court of Pennsylvania.

Argued Oct. 27, 1981.

Decided Dec. 17, 1981.

Richard Kirschner and Alaine S. Williams, Philadelphia, for appellants.